IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **DOUGHTIE & COMPANY, INC.** ) | |
| ) | |
| V. ) | Case No. |
| ) | JURY DEMAND |
| **RUTHERFORD COUNTY**, A County of the ) | |
| State of Tennessee; **RUTHERFORD COUNTY** ) | |
| **PROBATE CLERK'S OFFICE; LISA CROWELL,** ) | |
| in her official capacity as Probate Court Clerk; ) | |
| **TENNESSEE SIXTEENTH JUDICIAL DISTRIC** ) | |
| **CLERK AND MASTER'S OFFICE; JOHN** ) | |
| **BRATCHER**, in his Official capacity as Clerk ) | |
| and Master of the Sixteenth Judicial District. ) | |

## APPLICATION FOR INJUNCTIVE RELIEF

Comes now the Plaintiff, Doughtie & Company, Inc., and pursuant to Federal Rule of Civil Procedure 65(a), who moves the Court for an Order granting injunctive relief requiring all Defendants in this cause to place The Rutherford Reader, a newspaper of general circulation owned and operated by Doughtie & Company, Inc., on their respective lists of publications eligible to publish legal notices.

WHEREFORE, Plaintiff moves for the relief stated herein.

                                                   Respectfully Submitted:

                                                   /s/ Barry R. Tidwell
                                                   Barry R. Tidwell, BPR # 2054
                                                   Bullock, Fly, Hornsby, & Evans
                                                   302 North Spring Street
                                                   Murfreesboro, TN 37130
                                                   (615) 896-4154

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013 a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to the following:

Evan Cope
16 Public Square North
PO Box 884
Murfreesboro, TN 37133

                                                                                   _/s/ Barry R.Tidwell_____
                                                                                   Barry R. Tidwell