IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DOUGHTIE & COMPANY, INC. | ) | |
| | ) | |
| V. | ) | Case No. 3:13-0209 |
| | ) | Judge Campbell |
| RUTHERFORD COUNTY, A County of the | ) | Jury Demand |
| State of Tennessee; RUTHERFORD COUNTY | ) | |
| PROBATE CLERK'S OFFICE; LISA CROWELL, | ) | |
| in her official capacity as Probate Court Clerk; | ) | |
| TENNESSEE SIXTEENTH JUDICIAL DISTRICT | ) | |
| CLERK AND MASTER'S OFFICE; JOHN | ) | |
| BRATCHER, in his Official capacity as Clerk | ) | |
| and Master of the Sixteenth Judicial District. | ) | |

**MOTION FOR LEAVE TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF**

Comes now the Plaintiff, Doughtie & Company, Inc., and pursuant to Local Rule 7.01(b) moves the Court for leave to Reply to Defendant's Response to Plaintiff's Application for Injunctive Relief filed on June 26, 2013 for the purpose of offering replies to various issue's raised in Defendant's Response.

Should the Court grant this Motion the Plaintiff would respectfully request to have until Wednesday, July 31, 2013 to file a reply.

WHEREFORE, Plaintiff moves for the relief stated herein.

                                          Respectfully Submitted:

                                          /s/ Barry R. Tidwell
                                          Barry R. Tidwell, BPR # 2054
                                          Caleb B. McCain, BPR # 27409
                                          Bullock, Fly, Hornsby, & Evans
                                          302 North Spring Street
                                          Murfreesboro, TN 37130
                                          (615) 896-4154

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2013 a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to all parties who should receive notice of this filing including the following:

Evan Cope, Esq.
16 Public Square North
PO Box 884
Murfreesboro, TN 37133

                                                /s/ Barry R. Tidwell
                                                Barry R. Tidwell