IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOUGHTIE & CO., INC. | ) |
| | ) |
| v. | ) NO. 3-13-0209 |
| | ) JUDGE CAMPBELL |
| RUTHERFORD COUNTY, et al. | ) |

ORDER

Pending before the Court is an Application for Injunctive Relief (Docket No. 22) filed by the Plaintiff. For the reasons described in the accompanying Memorandum, the Application for Injunctive Relief is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE