UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
DOUGHTIE & COMPANY, INC.,      )
                               )
        Plaintiff              )
                               )   No. 3:13-0209
v.                             )   Judge Campbell/Brown
                               )   **Jury Demand**
RUTHERFORD COUNTY, a county of )
the State of Tennessee, et al.,)
                               )
        Defendant              )
```

**O R D E R**

Presently pending is the parties' joint motion to modify the initial case management order (Docket Entry 34).

In its present form the motion is **DENIED** without prejudice to being refiled. Unfortunately, despite the parties' statement that the proposed amendment will not affect the July 8, 2014, trial date, the proposed order would have that effect. Under Local Rule 16.01(d)(2) there must be at least 90 days from the close of dispositive motions to the trial date. With the March 15, 2014, dispositive date, with 28 and 14 days for response and reply, 90 days is not available.

If the parties want to shorten the response and reply times down to 21 and 7 days, and move the dispositive motion deadline up an appropriate amount of time so that there will remain 90 days from the close, the Magistrate Judge will be more than willing to accommodate the parties.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge